# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Favro, Gary L. | 2. Court or Organization<br><br>U.S. District Court, Northern District of New York | 3. Date of Report<br><br>02/09/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Part Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>14 Durkee Street, Suite 360<br>Plattsburgh, New York 12901 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Offices of Gary L. Favro PLLC | Sole Member |
| 2. | CVPH Medical Center | Advisory Board Member |
| 3. | Glens Falls National Bank and Trust Company | Advisory Board Member |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2018 | Law Offices of Gary L. Favro PLLC | $446,046.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2018 | Plattsburgh City School District - wages - teacher-worked part of the year and retired on 6/30/18 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | U.S. District Court, Northern District of New York | Monthly | 14 Durkee Street, Plattsburgh, NY 12901 | Telephone | $60.00 +/- Monthly (less than $720.00 per year) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Office Building Plattsburgh NY, Clinton County | E | Rent | M | W | | | | | |
| 2. Trust 1 GFNB Money Purchase Retirement Plan | | | | | | | | | |
| 3. Black Rock Liq FD Treasury | | None | M | T | Buy (add'l) | 01/02/18 | J | | |
| 4. | | | | | Buy (add'l) | 01/03/18 | J | | |
| 5. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 6. | | | | | Buy (add'l) | 01/22/18 | J | | |
| 7. | | | | | Sold (part) | 01/30/18 | J | A | |
| 8. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 9. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 10. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 11. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 12. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 13. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 14. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 15. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 16. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 17. | | | | | Buy (add'l) | 03/29/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 19. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 20. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |
| 21. | | | | | Buy<br>(add'l) | 04/04/18 | J | | |
| 22. | | | | | Buy<br>(add'l) | 04/13/18 | K | | |
| 23. | | | | | Sold<br>(part) | 04/17/18 | K | A | |
| 24. | | | | | Sold<br>(part) | 04/18/18 | J | A | |
| 25. | | | | | Sold<br>(part) | 04/23/18 | J | A | |
| 26. | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 27. | | | | | Buy<br>(add'l) | 05/02/18 | J | | |
| 28. | | | | | Buy<br>(add'l) | 05/03/18 | J | | |
| 29. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 30. | | | | | Buy<br>(add'l) | 06/04/18 | J | | |
| 31. | | | | | Buy<br>(add'l) | 06/05/18 | J | A | |
| 32. | | | | | Sold<br>(part) | 06/06/18 | J | | |
| 33. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 34. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 36. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 37. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 38. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 39. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 40. | | | | | Sold (part) | 08/14/18 | J | A | |
| 41. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 42. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 43. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 44. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 45. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 46. | | | | | Sold (part) | 10/18/18 | K | A | |
| 47. | | | | | Sold (part) | 10/23/18 | J | A | |
| 48. | | | | | Sold (part) | 10/24/18 | J | A | |
| 49. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 50. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 51. | | | | | Buy (add'l) | 11/05/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/20/18 | K | | |
| 53. | | | | | Buy<br>(add'l) | 11/30/18 | K | | |
| 54. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 55. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 56. | | | | | Sold<br>(part) | 12/11/18 | K | A | |
| 57. | | | | | Buy<br>(add'l) | 12/12/18 | K | | |
| 58. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 59. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 60. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 61. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/28/18 | K | | |
| 63. Vanguard REIT Index Fund-Adm | | None | | | Sold | 01/22/18 | K | A | |
| 64. Nuveen Preferred Securit - I | | None | K | T | Buy | 01/22/18 | K | | |
| 65. | | | | | Buy<br>(add'l) | 01/30/18 | J | | |
| 66. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 67. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 68. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 70. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 71. | | | | | Sold<br>(part) | 12/28/18 | J | A | |
| 72.   GS Intl Eqty Insights - Inst. | None | K | T | | Sold<br>(part) | 01/30/18 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 74. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 76. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 77. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 78. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 79.   GS Intl Eqty Insights - Inst. | None | | | | Sold<br>(part) | 06/05/18 | J | A | |
| 80. | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 81. | | | | | Sold | 11/30/18 | K | A | |
| 82.   North County Intm Bond Fund | None | M | T | | Buy<br>(add'l) | 01/30/18 | J | | |
| 83. | | | | | Sold<br>(part) | 03/29/18 | K | A | |
| 84. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 85. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/13/18 | J | A | |
| 87. | | | | | Buy (add'l) | 10/18/18 | K | | |
| 88. | | | | | Sold (part) | 12/28/18 | K | A | |
| 89. I Shares MSCI Emerging Mkt Etf | None | | | | Sold (part) | 01/31/18 | J | A | |
| 90. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 91. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 92. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 93. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 94. | | | | | Sold | 10/23/18 | K | A | |
| 95. I Shares MSCI All Country Asia | None | | | | Sold (part) | 01/31/18 | J | A | |
| 96. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 97. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 98. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 99. | | | | | Buy (add'l) | 10/23/18 | K | | |
| 100. | | | | | Sold | 11/30/18 | K | A | |
| 101. North Country Equity Growth Fund | None | | M | T | Sold (part) | 01/30/18 | J | A | |
| 102. | | | | | Buy (add'l) | 03/29/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 104. | | | | | Sold<br>(part) | 06/05/18 | J | A | |
| 105. | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 106. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 107. | | | | | Buy<br>(add'l) | 12/11/18 | K | | |
| 108. Dodge & Cox Stock Fund | None | | | | Sold<br>(part) | 01/30/18 | J | A | |
| 109. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 110. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 111. | | | | | Sold | 04/23/18 | K | A | |
| 112. Western Asset Core BD Fund-S | None | | | | Buy | 01/30/18 | J | | |
| 113. | | | | | Sold<br>(part) | 03/29/18 | K | A | |
| 114. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 117. | | | | | Sold | 10/18/18 | J | A | |
| 118. Pimco Low Duration Fund-Inst. | None | | | | Buy<br>(add'l) | 01/30/18 | J | | |
| 119. | | | | | Sold<br>(part) | 03/29/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 121. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 122. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 123. | | | | | Sold | 10/18/18 | K | A | |
| 124. Fidelity Overseas Fund | | None | | | Sold<br>(part) | 01/30/18 | J | A | |
| 125. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 126. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 127. | | | | | Sold | 04/23/18 | K | A | |
| 128. Vanguard Mid-Cap Index-Adm | | None | L | T | Sold<br>(part) | 01/30/18 | J | A | |
| 129. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 130. | | | | | Buy<br>(add'l) | 04/27/18 | J | | |
| 131. | | | | | Sold<br>(part) | 06/05/18 | J | A | |
| 132. | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 133. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 134. | | | | | Sold<br>(part) | 12/28/18 | J | A | |
| 135. Vanguard 500 Index Fund-Adm | | None | L | T | Sold<br>(part) | 01/30/18 | J | A | |
| 136. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 138. | | | | | Sold<br>(part) | 06/05/18 | J | A | |
| 139. | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 140. | | | | | Sold<br>(part) | 12/28/18 | J | A | |
| 141. Vanguard Small-Cap Index-Adm | None | | K | T | Buy<br>(add'l) | 03/29/18 | J | | |
| 142. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 143. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 144. | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 145. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 146. Clearbridge Intl Growth FD - I | None | | K | T | Buy | 04/23/18 | K | | |
| 147. | | | | | Sold<br>(part) | 06/05/18 | J | A | |
| 148. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 149. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 150. | | | | | Sold<br>(part) | 12/28/18 | J | A | |
| 151. Ishares S&P Small Cap 600 | None | | J | T | Buy | 06/06/18 | J | | |
| 152. | | | | | Sold<br>(part) | 08/14/18 | J | A | |
| 153. | | | | | Buy<br>(add'l) | 10/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pimco Short Term Fund Instl | | None | K | T | Buy | 08/13/18 | J | | |
| 155. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 156. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 157. Vanguard High Yield Corp. - Adm | | None | K | T | Buy | 10/18/18 | K | | |
| 158. | | | J | T | Sold (part) | 12/28/18 | J | A | |
| 159. Goldman-Sachs LG Cap Value Insigh | | None | J | T | Buy | 12/28/18 | J | | |
| 160. MetLife Universal Life Ins. Policy | B | Dividend | M | T | | | | | |
| 161. GFNB Bank Accounts | D | Interest | O | T | | | | | |
| 162. DFCU IRA | A | Interest | J | T | | | | | |
| 163. Trust 2 HR-10 Keogh Reitrement Plan Lincoln Trust | | | | | | | | | |
| 164. Southern Co. | A | Dividend | L | T | | | | | |
| 165. The Investment Center Inc. | D | Interest | O | T | | | | | |
| 166. Prudential Premier Retirement Variable series B Annuity **see 106-109 | | | O | T | | | | | |
| 167. **AST Advanced Strategies Portfolio | | None | L | T | | | | | *see attached email |
| 168. **AST Prudential Growth Allocation | | None | M | T | | | | | *see attached email |
| 169. **AST Schroders Global Tactical Portfolio | | None | L | T | | | | | *see attached email |
| 170. **AST T. Rowe Price Asset | | None | L | T | | | | | *see attached email |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Favro, Gary L. | 02/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Pacific Life Pacific Voyages Annuity BR Global Allocation | D | Dividend | M | T | | | | | |
| 172. Columbia Property Trust Inc. | A | Dividend | K | T | | | | | |
| 173. Inventrust Properties (from Inland America American Real Estate Inc.) | A | Dividend | K | T | | | | | |
| 174. Community Bank | A | Interest | J | T | | | | | |
| 175. NBT Bank | A | Interest | K | T | | | | | |
| 176. Dannemora Federal Credit Union (share account) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Favro, Gary L.** | 02/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A: Compensation from law practice for legal services rendered to various clients before payment of taxes and pension contribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Favro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544